### 23828. FORT et al. v. BOYD.

NICHOLS, Justice. This case is controlled adversely to the appellant by the decision in *Peacock v. Boyd*, 222 Ga. 849.

*Judgment affirmed. All the Justices concur.*

ARGUED DECEMBER 12, 1966—DECIDED JANUARY 5, 1967.

*Edward Parrish, Elsie H. Griner,* foɪ appellants.
*Fred L. Belcher, Fred T. Allen,* for appellee.